**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**

Andrew B. Finberg

Chapter 13 Standing Trustee

Cherry Tree Corporate Center

535 Route 38, Suite 580

Cherry Hill, NJ 08002-2977

(856) 663-5002

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Camden)

| | |
|---|---|
| In Re:<br><br>JOSEPH T. BRABAZON<br><br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 25-13172-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

1.    The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

2.    The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

3.    Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: June 11, 2025                                    Respectfully submitted,

ICB:    KES

via first class mail:                                    **_/s/  ANDREW B. FINBERG_**

　　　JOSEPH T. BRABAZON                     ANDREW B. FINBERG

　　　　　　　　　　　　　　　　　　　　    Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE:<br><br>Brabazon, Joseph<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case Number: 25-13172 (ABA)<br><br>CERTIFICATION OF DEBTOR<br>DERRIVING INCOME FROM<br>AN ALTERNATE SOURCE |

I, _____ Uber Eats/Door Dash _____ being duly sworn, upon my oath state:

1. I derive income from an alternate source as a _delivery driver_
(i.e. babysitter; care taker; house cleaner; side worker, etc.).

2. I started deriving income from this alternate source on mm/dd/yyy. _1 - 8 - 25_

3. I presently (receive or do not receive) income from this alternate source.

4. I stopped deriving income from this alternate source on mm/dd/yyyy.

5. I (do or do not) have any liability insurance coverage for the work I perform in place at this time.

6. I (do or do not) have an active license or permit to for the work I perform.

7. I have bank accounts in the following financial institutions which are utilized for my alternate source of income. (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| PNC | CHECKING | 2961 |
| | | |
| | | |

8. I (do or do not) have expenses associated with the work I perform (i.e. gas, travel, tolls, etc.).

9. I (have or have not) filed individual tax returns with the Internal Revenue Service for all the prior tax years, for which I was required to file a return.

10. I (have or have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I was required to file a return.

11. In support of this certification and as required by the Standing Trustee, I provide the following attached documents:

☒ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
☒ Current insurance declaration page;
☒ Current license and/or permit, plus municipal and county licenses and certifications;

Page 1 of 2

☒ Bank statements for one (1) full year ending the month prior to filing; and

☒ Profit and loss statements for one (1) full year ending the month prior to filing.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: _4-28-25_

/s/ _Josephs Brobayou_
              Debtor

Date: _____

/s/ _____
              Co-Debtor