B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re JOSEPH T BRABAZON                ,          Case No. 1-25-BK-13172

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Merrick Bank

Name of Transferee

ALLY BANK

Name of Transferor

Name and Address where notices to transferee should be sent: Merrick Bank
PO Box 10368
Greenville SC 29603-0368

Court Claim # (if known): 1
Amount of Claim: 5,294.34
Date Claim Filed: 5/5/2025

Phone: (866) 572-0265
Last Four Digits of Acct #: 3796

Phone:
Last Four Digits of Acct. #: 3796

Name and Address where transferee payments should be sent (if different from above):
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368
Phone: (866) 572-0265
Last Four Digits of Acct #: 3796

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brandie McCann                Date: 11/20/2025
Transferee/Transferee's Agent
(866) 572-0265

AskBk@Resurgent.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.