Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 25-13172 (ABA)

Joseph T. Brabazon
252 Peppermill Road
West Berlin, NJ  08091

Monthly Payment: $800.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/2025 | $800.00 | 05/30/2025 | $800.00 | 07/07/2025 | $800.00 | 08/04/2025 | $800.00 |
| 08/28/2025 | $800.00 | 09/29/2025 | $800.00 | 11/07/2025 | $800.00 | 12/05/2025 | $800.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH T. BRABAZON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,608.00 | $3,608.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK | 33 | $5,294.34 | $136.31 | $5,158.03 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,709.12 | $198.48 | $7,510.64 | $0.00 |
| 3 | CITIBANK NORTH AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITICORP/TRAC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $3,407.55 | $87.73 | $3,319.82 | $0.00 |
| 6 | GOLDMAN SACHS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK | 24 | $514.90 | $514.90 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 33 | $1,080.12 | $27.80 | $1,052.32 | $0.00 |
| 10 | PNC BANK, N.A. | 33 | $13,724.99 | $353.36 | $13,371.63 | $0.00 |
| 11 | ROBYN BRABAZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK/GAP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $366.10 | $0.00 | $366.10 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,187.20 | $30.57 | $1,156.63 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $1,519.47 | $39.12 | $1,480.35 | $0.00 |
| 20 | CITIBANK, N.A. | 33 | $1,332.58 | $34.31 | $1,298.27 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2025 | 60.00 | $800.00 |
| 04/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,400.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $729.42 |
| Arrearages: | $800.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**